```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
RAENAESE FIGGS as GUARDIAN FOR
TAJZHANE BUTLER, SHATARRA BUTLER
and SHAKARRA BUTLER, and CHRISTINA       ORDER
STROUD as GUARDIAN FOR KATRELLE
BUTLER, JR.,                             Civil Action No.
                                         CV-09-4887(DGT)
        PlaintiffS,

     -against-

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT, RAYMOND
KELLY, SERGEANT VICKI LISA, POLICE
OFFICE WARREN SHIELD # 30397,

        Defendants.
--------------------------------X
```

Trager, J.:

On September 15, 2010, plaintiffs requested an extension to file a memorandum in opposition to defendants' motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Plaintiffs' request is granted.  Plaintiffs' memorandum is now due to be served upon defendants on October 1, 2010.  Defendants' memorandum in reply, if any, should be served and filed with the Court on October 15, 2010.

Dated:  Brooklyn, New York
        September 20, 2010

SO ORDERED:

_____/s/_____
David G. Trager
United States District Judge